# PETTY OFFENSE MINUTE SHEET

Case No.: 3:14-po-00060-62
Violation No(s).: Mandatory tickets
Date: December 11, 2014

**Defendant:** Kathleen F. Payne  **Counsel:** Lisa Lorish – Fed. Public Defender

PRESENT:  Judge: Joel C. Hoppe
Deputy Clerk: Joyce C. Jones  Time in court: 11:20-11:26
Court Reporter: FTR
AUSA: Steve Bans
Ranger: Cyr
USPO: Tammy Wellborn

☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☐ Defendant waives counsel; advises court wishes to proceed today without counsel.
☒ Defendant requests appointment of counsel.   ☒ Court grants request for appointment of counsel.
Court appoints Lisa Lorish of the Federal Defender's office.
☒ Defendant moves for continuance. Court trial continued to January 21, 2015 at 9:00 a.m.

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| # | | | | - |
| # | | | | - |
| # | | | | - |
| # | | | | - |

[ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.

☐ Court trial held.

Comments:

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| # | | | | - |
| # | | | | - |

☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.
☐ Court orders presentence report. Sentencing set for _____.
☐ Government moves for detention.
☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.