# PETTY OFFENSE MINUTE SHEET

Case No.: 3:14-po-00060-62
Violation No(s).: 41988111;12;13 – VW13
Date: January 21, 2015

| | | |
|---|---|---|
| **Defendant:** Kathleen F. Payne | | **Counsel:** Lisa Lorish, Federal Public Defender |

PRESENT: Judge: Joel C. Hoppe
Deputy Clerk: Joyce C. Jones                                   Time in court: 10:19-10:32
Court Reporter: FTR
AUSA: Chris Kavanaugh
Ranger: Marc Cyr
USPO: Larry Breckenridge

☐ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☐ Defendant waives counsel; advises court wishes to proceed today without counsel.
☐ Defendant requests appointment of counsel.    ☐ Court grants request for appointment of counsel.
☐ Defendant moves for continuance. Court trial continued to _____.

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 3:14-po-60 | X | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

☒ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.

☐ Court trial held.

Comments:

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 3:14-po-60 | X | _ | _ | Sentenced to 2 weekends in jail. Deft. requests to serve close to Fishersville, VA. Court agrees. Deft. will report as directed by the Bureau of Prisons. Assessed $10 CVF. |
| 3:14-po-61 | _ | _ | X | Dismissed on motion of the Government. |
| 3:14-po-62 | _ | _ | X | Dismissed on motion of the Government. |
| # | _ | _ | _ | - |

☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.
☐ Court orders presentence report. Sentencing set for _____.